On petition for review submitted February 27, 1991,* petition for review allowed, decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration May 20, 1993

In the Matter of the Suspension of
the Driving Privileges of

Douglas Jay HOEFLING,
*Petitioner on Review,*

*v.*

MOTOR VEHICLES DIVISION,
*Respondent on Review.*

(CC 88-8-272; CA A50800; SC S37835)

851 P2d 581

Steven B. Andersen, Oregon City, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *Gildroy v. MVD*, 315 Or 617, 848 P2d 96 (1993).

---

* Appeal from Clackamas County Circuit Court, John K. Lowe, Judge, 104 Or App 11, 799 P2d 176 (1993).